**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01327

CO Craft, LLC dba Freshcraft,

    Plaintiff,

v.

Grubhub, Inc.,

    Defendant.

_____

**ENTRY OF APPEARANCE**
_____

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    <u>      Grubhub Inc.      </u>.

    DATED at Philadelphia, Pennsylvania this 16th day of September, 2020.

                                                      <u>Michael W. McTigue Jr.</u>
                                                      Name of Attorney

                                                      <u>Cozen O'Connor</u>
                                                      Firm Name

                                                      <u>1650 Market Street, Suite 2800</u>
                                                      Office Address

                                                      <u>Philadelphia, PA 19103</u>
                                                      City, State, ZIP Code

                                                      <u>215-665-2093</u>
                                                      Telephone Number

                                                      <u>mmctigue@cozen.com</u>
                                                      Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

**Ross Ziev**
ross@helpincolorado.com

**Laura L. Sheets**
lsheets@ldclassaction.com

                                                    */s/ Michael W. McTigue Jr.*