## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01327

CO Craft, LLC dba Freshcraft,

    Plaintiff,

v.

Grubhub Inc.,

    Defendant.

---

### STIPULATION AND [PROPOSED] ORDER RE: SETTLEMENT

---

Plaintiff CO Craft, LLC d/b/a Freshcraft ("Plaintiff") and Defendant Grubhub Inc. ("Grubhub") (collectively the "Parties"), through their respective counsel, hereby inform this Court as follows:

**WHEREAS**, the Parties agreed to engage in class-wide settlement discussions in August 2020;

**WHEREAS**, the Parties retained the services of the Honorable Diane M. Welsh, United States Magistrate Judge for the Eastern District of Pennsylvania (Ret.), a well-respected mediator with Judicial Arbitration and Mediation Services (JAMS);

**WHEREAS**, the Parties exchanged documents and information, actively engaged in settlement discussions, and participated in three separate day-long virtual mediation sessions that were facilitated by Judge Welsh, each of which ended without resolution;

**WHEREAS**, the Parties continued their active settlement discussions with the assistance of Judge Welsh and reached a class-wide settlement subject to this Court's approval ("Settlement");

**WHEREAS**, Plaintiff intends, solely for purposes of the Settlement, to request that the Court certify the following settlement class:

> All restaurants, convenience stores, markets, grocery stores, and other food service businesses in the United States or its territories that were listed or otherwise included by Grubhub on Grubhub Platforms that did not have an unterminated contract, partnership, or other agreement to be listed or otherwise included on Grubhub Platforms at any time from May 11, 2016, until the Settlement Agreement's Effective Date.  Excluded from the class are: (a) all persons who are employees, directors, officers, or agents of Grubhub; (b) government entities; and (c) the Court, the Court's immediate family, and Court staff; and

**WHEREAS**, the Parties will submit their Settlement for approval by this Court as provided under Fed. R. Civ. P. 23(e).  If this Court does not approve the Settlement, then the Parties shall be deemed to have reverted *nunc pro tunc* to their respective statuses in the action prior to Settlement, without any prejudice in any way from the negotiation, fact, or terms of the Settlement, and any document, court filing, or court order created, executed, or entered to effectuate the Settlement shall be deemed null, void *ab initio*, and may not be used in any proceeding against either Party.

**NOW, THEREFORE**, Plaintiff and Grubhub **STIPULATE** and **AGREE** that:

1. All deadlines in the action should be vacated; and

2. Plaintiff shall file a motion for preliminary approval of the Settlement within forty-five (45) days of the date of this Stipulation and [Proposed] Order re: Settlement.

Dated: February 24, 2021

| | |
|---|---|
| THE LAW OFFICES OF ROSS ZIEV, P.C. | COZEN O'CONNOR |
| */s/ Ross Ziev* | */s/ Michael W. McTigue Jr.* |
| Ross Ziev | Michael W. McTigue Jr. |
| 6795 East Tennessee Avenue | Meredith C. Slawe |
| Suite 210 | Mira E. Baylson |
| Denver, CO 80224 | One Liberty Place |
| Telephone: (303) 351-2567 | 1650 Market Street, Suite 2800 |
| Facsimile: (720) 669-6992 | Philadelphia, PA 19103 |
| ross@helpincolorado.com | Telephone: (215) 665-2000 |
| | Facsimile: (215) 665-2013 |
| | mmctigue@cozen.com |
| | mslawe@cozen.com |
| LIDDLE & DUBIN, P.C. | mbaylson@cozen.com |
| */s/ Laura. L. Sheets* | |
| Laura L. Sheets | Jean Marie French |
| 975 East Jefferson Avenue | 707 17th Street, Suite 3100 |
| Detroit, MI 48207 | Denver, CO 80202 |
| Telephone: (313) 392-0015 | Telephone: (720) 479-3860 |
| Facsimile: (313) 392-0025 | Facsimile: (720) 459-6134 |
| lsheets@ldclassaction.com | jfrench@cozen.com |
| *Attorneys for Plaintiff CO Craft, LLC d/b/a Freshcraft* | *Attorneys for Defendant Grubhub Inc.* |

SO ORDERED:

Dated: _____

　　　　　　　　　　　　　　　　　　William J. Martinez,
　　　　　　　　　　　　　　　　　　United States District Court Judge

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all current counsel of record. Pursuant to D.C. Colo. L. Civ. R. 6.1(c), I hereby certify that I also served a copy of this motion on my client.

/s/ *Laura L. Sheets*
Laura L. Sheets