IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CO Craft, LLC dba Freshcraft, and Arborz, LLC dba The Piper Inn. | CIVIL ACTION |
| Plaintiffs, | No. 1:20-cv-01327-NYW-NRN |
| vs. | |
| Grubhub Inc., | |
| Defendant. | |

**STIPULATION**

Plaintiff Arborz, LLC dba The Piper Inn ("Piper Inn"), individually and on behalf of the settling class in *CO Craft LLC v. Grubhub Inc.*, No. 1:30, and Defendant Grubhub Inc. ("Grubhub"), by and through their undersigned counsel, hereby stipulate as follows:

1. While Grubhub disputes that any Settlement Class Members[1] have any monetary damages, the parties agree that it is the purpose, intent, and their mututal understanding of the Amended Settlement that Settlement Class Members shall retain any and all claims for monetary relief, whether in the form of damages, restitution, disgorgement, or any other form. All Settlement Class Members, class representative Piper Inn and the other named plaintiff, Co Craft, LLC d/b/a Freshcraft, will benefit from the injunctive relief contemplated by the Amended Settlement without barring their rights to bring any claims they might have for monetary relief.

2. The disclaimer referenced in Section 3.1.1(v) of the Amended Settlement will be located on each Covered Restaurant's Information page and state the following or substantially similar language: "Grubhub is not affiliated with and does not have an agreement to deliver for this restaurant. In-store hours and available menu items

---

[1] Capitalized terms shall have the same meaning as set forth in the Amended Stipulation and Settlement Agreement, Dkt. No. 76, Exhibit 1 ("Amended Settlement").

may differ. Please contact the restaurant directly to obtain up to date information on menu items. If you own this restaurant, please claim your business to update menus, change hours, and more." The hyperlink will send a Covered Restaurant to the self-help form contemplated by Section 3.1.1(i) of the Amended Settlement.

Dated:  October 28, 2022

Respectfully submitted,

THE LAW OFFICES OF ROSS ZIEV, P.C.

 /s/ Ross Ziev
Ross Ziev, #43181
6795 East Tennessee Avenue, Suite 210
Denver, CO 80224
Phone: (303) 351-2567
Fax: (720) 669-6992
ross@helpincolorado.com

LIDDLE SHEETS COULSON P.C.

/s/ Laura L. Sheets
Laura L. Sheets, #P63270 (Admitted Pro Hac Vice)
975 East Jefferson Avenue
Detroit, Michigan 48207
Phone: (313) 392-0015
Fax: (313) 392-0025
lsheets@lsccounsel.com

*Attorneys for Plaintiffs and the Putative Class*

SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP

/s/ Michael W. McTigue Jr.
Michael W. McTigue Jr.*
Meredith C. Slawe
One Manhattan West
New York, New York 10001
Phone: (212) 735-3000
Fax: (917) 777-2000

michael.mctigue@skadden.com
meredith.slawe@skadden.com

\* Admitted to Practice in Pennsylvania and New Jersey; Not Admitted in New York

*Attorneys for Defendant Grubhub Inc.*