**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01327

**CO Craft, LLC dba Freshcraft, and**
**ARBORZ, LLC dba The Piper Inn,**
**on behalf of themselves and all other similarly situated,**

**Plaintiffs,**

v.

**Grubhub Inc.,**

Defendant.

---

## NOTICE OF TERMINATION OF SETTLEMENT AND STIPULATION TO VACATE ORDERS RELATED TO AMENDED SETTLEMENT AGREEMENT AND [PROPOSED] ORDER

---

Plaintiffs CO Craft, LLC dba Freshcraft ("Freshcraft") and Arborz, LLC dba The Piper Inn ("The Piper Inn") (Freshcraft and The Piper Inn collectively, "Plaintiffs") and Defendant Grubhub Inc. ("Grubhub") (Plaintiffs and Grubhub collectively, the "Parties"), through their respective counsel, hereby inform the Court as follows:

**WHEREAS,** on April 16, 2021, Plaintiff Freshcraft and Grubhub executed a Stipulation and Settlement Agreement ("Settlement Agreement") and submitted it to the Court for preliminary approval. (Dkt. 47.);

**WHEREAS,** on July 28, 2022, the Court issued an Order which denied preliminary approval of the Settlement Agreement without prejudice. (Dkt. 63.);

**WHEREAS,** on September 16, 2022, Plaintiffs filed a Second Amended Class Action Complaint And Jury Demand (Dkt. 71), and on September 19, 2022, Plaintiffs filed a Corrected Second Amended Class Action Complaint And Jury Demand ("Corrected Second Amended

1

Complaint").  (Dkt. 74.);

**WHEREAS,** on September 16, 2022, the Parties executed an Amended Stipulation and Settlement Agreement ("Amended Settlement Agreement"), which they submitted to the Court for preliminary approval by filing an Unopposed Renewed Motion For Preliminary Approval Of Class Action Settlement on September 19, 2022.  (Dkt. 76.);

**WHEREAS,** on September 27, 2022, the Parties filed a Stipulation And [Proposed] Order Re: Settlement, stipulating and agreeing that Grubhub's time to respond to the Corrected Second Amended Complaint was stayed pending the Court's consideration of the Amended Settlement Agreement and that should the Court not approve the Amended Settlement Agreement that it would reset Grubhub's time to respond to the Corrected Second Amended Complaint in a subsequent Order.  (Dkt. 78.);

**WHEREAS,** on September 27, 2022, the Court issued a Minute Order which construed the Parties' Stipulation And [Proposed] Order Re: Settlement as a Motion for Extension of Time, and granted that Motion for Extension of Time, ruling that Grubhub's deadline to respond to the Corrected Second Amended Complaint was stayed pending resolution of the Unopposed Renewed Motion For Preliminary Approval Of Class Action Settlement.  (Dkt. 79.);

**WHEREAS,** on June 1, 2023, the Court issued an Order On Motion For Preliminary Approval of Class Action Settlement, which denied preliminary approval of the Amended Settlement Agreement without prejudice, but preliminarily certified the proposed settlement class, preliminarily appointed Plaintiff Piper Inn as class representative, and provisionally appointed Ms. Laura Sheets and Mr. Ross Ziev as interim class counsel.  (Dkt. 91.);

**WHEREAS,** Section 9.2 of the Amended Settlement Agreement permitted the Parties to terminate the Amended Settlement Agreement in certain circumstances, including within thirty

(30) days of the date on which "(a) the Court declines to enter the Preliminary Approval Order or makes material changes thereto" or "(b) the Court refuses to approve the Amended Settlement Agreement or any material part of it." (Dkt. 76-1, Ex. 1, § 9.2.);

**WHEREAS,** Section 9.3 of the Amended Settlement Agreement provides that in the event the Amended Settlement Agreement was terminated, "the Parties shall be deemed to have reverted *nunc pro tunc* to their respective status in the Action as of the date of execution of this Agreement; the Parties shall proceed in all respects as if this Agreement and any related orders had not been entered and without any prejudice in any way from the negotiation, fact, or terms of the Amended Settlement Agreement; and any order certifying the Settlement Class for purposes of effectuating the Amended Settlement Agreement or otherwise issuing preliminary and/or final findings regarding class certification shall be automatically vacated upon notice of the same to the Court." (Dkt. 76-1, Ex. 1, § 9.3.);

**WHEREAS**, the Parties have exercised their rights pursuant to Sections 9.2 and 9.3 of the Amended Settlement Agreement to terminate the Amended Settlement Agreement;

**WHEREAS**, there is currently a motion hearing scheduled for August 15, 2023 at 3:00 p.m. related to Lynn Scott, LLC and The Farmer's Wife's (collectively, "Intervenors") Motion for Leave to Take Limited Discovery. (Dkt. 99.)

**NOW, THEREFORE,** the Parties **STIPULATE** and **AGREE** that:

1. Pursuant to Sections 9.2 and 9.3 of the Amended Settlement Agreement, the Parties shall be deemed to have reverted *nunc pro tunc* to their respective status in the action as of the date of execution of the Amended Settlement Agreement of September 16, 2022;

2. Further pursuant to Sections 9.2 and 9.3 of the Amended Settlement Agreement, all

orders relating to the Amended Settlement Agreement shall be vacated, including the Court's June 1, 2023 Order preliminarily certifying the proposed settlement class, preliminarily appointing Plaintiff Piper Inn as class representative, and provisionally appointing Laura L. Sheets and Ross Ziev as interim class counsel; and

3.   The August 15, 2023, hearing date be preserved and modified to constitute a status and scheduling hearing for the establishment of a scheduling order which will include a deadline for Grubhub to answer, move, or otherwise respond to the Corrected Second Amended Complaint.

Dated: July 20, 2023

Respectfully submitted,

LIDDLE SHEETS COULSON P.C.
*/s/ Laura L. Sheets*
Laura L. Sheets (Admitted Pro Hac Vice)
975 East Jefferson Avenue
Detroit, Michigan 48207
Phone: (313) 392-0015
Fax: (313) 392-0025
lsheets@lsccounsel.com

THE LAW OFFICES OF ROSS ZIEV, P.C.

By: */s/ Ross Ziev*
Ross Ziev, #43181
6795 East Tennessee Avenue, Suite 210
Denver, CO 80224
Phone: (303) 351-2567
Fax: (720) 669-6992
ross@helpincolorado.com

*Attorneys for Plaintiffs and the Class*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
*/s/ Michael W. McTigue Jr.*
Michael W. McTigue Jr.
Meredith C. Slawe
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (917) 777-2000
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Defendant Grubhub, Inc.*

SO ORDERED:


Dated: _____

                                                    _____
                                                    Nina Y. Wang,
                                                    United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice Of Termination Of Settlement And Stipulation To Vacate Orders Related To Amended Settlement Agreement And [Proposed] Order was filed electronically with the Clerk of the Court on July 20, 2023 using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Laura L. Sheets*

Laura L. Sheets